ERIC GRANT
United States Attorney
CAILY NELSON
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>ANTONIO GUZMAN TOLENTINO,<br>aka ERIC MELA GUZMAN<br><br>                Defendants. | CASE NO. 2:25-MJ-0081 CSK<br><br>ORDER UNSEALING COMPLAINT |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the complaint in the above-captioned matter be, and is, hereby ordered unsealed.

Dated: August 19, 2025

THE HONORABLE CAROLYN K. DELANEY
UNITED STATES DISTRICT JUDGE

FILED
Aug 19, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Order Unsealing Indictment                    1