IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANTONIO GUZMAN TOLENTINO,<br><br>　　　　　　　　　Defendant. | **SEALED**<br><br>CR NO: 2:25-cr-00094-WBS  *SEALED* |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　　☐ Ad Testificandum

Name of Detainee:　Antonio Guzman Tolentino
Detained at　　　　San Joaquin Jail, 999 W.Matthews Rd, French Camp,CA
Detainee is:　a.)　☒ charged in this district by:　☒ Indictment　☐ Information　☐ Complaint
　　　　　　　　　　　charging detainee with:　21 U.S.C. §§ 846
　　or　b.)　☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　☐ return to the custody of detaining facility upon termination of proceedings
　　or　b.)　☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Caily Nelson |
| Printed Name & Phone No: | CAILY NELSON – 916-202-3228 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, forthwith, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated:　July 10, 2025 | /s/ Carolyn K. Delaney<br>Honorable Carolyn K. Delaney<br>U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | None | ☒Male　☐Female | |
| Booking or CDC #: | X-REF #25-02414-San Joaquin Jail | DOB: | 5/10/1989 |
| Facility Address: | 999 W. Matthews Rd, French Camp, CA | Race: | Hispanic |
| Facility Phone: | (209) 468-4384 | FBI#: | 327799PC2 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　(signature)