KIMBERLY A. SANCHEZ
Acting United States Attorney
CAILY NELSON
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>LUCILA BACILIO CALDERON,<br>ANTONIO GUZMAN TOLENTINO, et al,<br><br>              Defendants. | CASE NO. 2:25-CR-00094 WBS<br><br>ORDER TO FILE REDACTED COPY OF SUPERSEDING INDICTMENT |

The government's motion to unseal the above-referenced case, keep the superseding indictment and any reference to the third and fourth defendants sealed, and file a redacted copy of the sealed superseding indictment is GRANTED.

Dated: July 18, 2025

_____
HON. CHI SOO KIM
United States Magistrate Judge