TIMOTHY E. WARRINER, SBN 166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 443-7141

Attorney for
LUCILA CALDERON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTONIO TOLENTINO,<br>LUCILA CALDERON<br>Defendants. | Case No.2:25-CR-00094 WBS<br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br>Date: October 26, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. William B. Shubb, United States Senior District Court Judge |

**STIPULATION**

The United States of America through its undersigned counsel, Caily Nelson Assistant United States Attorney, together with Attorney Dina Santos, counsel for Antonio Tolentino; and Attorney Timothy Warriner, counsel for Lucila Calderon hereby stipulate the following:

1. The Status Conference was previously set for September 14, 2026. By this stipulation, the parties now move to continue the Status Conference to October 26, 2026, at 9:00 a.m. and to exclude time between September 14, 2026, and October 26, 2026 under the Local Code T-4 (to allow defense counsel time to prepare).
2. The parties agree and stipulate, and request the Court find the following:

a. A continuance is requested to continue to allow the Defense to meet with the Client, review recently produced discovery, conduct investigation, and discuss a potential resolution. Clients are housed in Yuba County and require an interpreter. Investigation is ongoing in both cases.

b. Counsel for the Defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 14, 2026, to October 26, 2026, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

//

**IT IS SO STIPULATED.**

DATED: September 4, 2026

Eric Grant
United States Attorney

/s/ Caily Nelson
CAILY NELSON
Assistant U.S. Attorney

DATE: September 4, 2026

/s/ Dina Santos
DINA SANTOS
Attorney for Antonio Tolentino

DATE: September 4, 2026

/s/ Timothy Warriner
TIMOTHY WARRINER
Attorney for Lucila Calderon

**ORDER**

The Court has read and considered the Stipulation Regarding Excludable Time Period Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, and hereby excludes time to October 26, 2026.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.

**IT IS SO ORDERED.**

Dated: September 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE